IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:07cr163LG-RHW

JIM DAVIS HULL, GEORGIA JOURNEY, and
LATANICIA MCMILLAN ROGERS

## CORRECTED ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses counts one (1) through four (4) and six (6) through nineteen (19) of the Criminal Indictment against the defendant, JIM DAVIS HULL, without prejudice.

        STAN HARRIS
        Acting United States Attorney

Date: June 16, 2009     s/ *J. Scott Gilbert*
        By: J. SCOTT GILBERT
        Assistant United States Attorney
        Mississippi Bar No. 102123

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 29th day of June, 2009.

        s/ *Louis Guirola, Jr.*
        UNITED STATES DISTRICT JUDGE